IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA DUVALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-2579 |
| ) | |
| WALMART STORES, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WALMART STORES, INC.'S NOTICE OF REMOVAL**

Defendant Walmart Stores, Inc. ("Walmart"), with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned action from the District Court of Bourbon County, Kansas to the United States District Court for the District of Kansas, at Topeka, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Walmart states the following:

**I.**

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

1. Plaintiff filed a lawsuit against Defendant in the District Court of Bourbon County, Kansas, on or about **October 22, 2014**.

2. Walmart was served with process by certified mail on **October 27, 2014**. Walmart has not yet answered the Plaintiff's State Court Petition.

3. As required by 28 U.S.C. § 1446(a), and Local Rule 81.2, a copy of all records and proceedings from the District Court of Bourbon County, Kansas are attached as Exhibit A.

4. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a), as it is the District Court embracing the District Court of Bourbon County, Kansas, where Plaintiff's Petition is pending. See 28 U.S.C. § 96.

5. Without waiving objections to service, this Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is filed within thirty (30) days of service.

6. In accordance with 28 U.S.C. § 1446(d), Walmart is filing a written notice of this removal with the Clerk of District Court of Bourbon County, Kansas, where Plaintiff's Petition is pending. A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff.

## II.

## DIVERSITY JURSIDICTION EXISTS

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Defendant. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### A.

### The Parties are Completely Diverse

8. Plaintiff states in her State Court Petition for Damages that she has been at all relevant times, a resident of Fort Scott, Bourbon, Kansas. (See Ex. A, ¶ 1.) Accordingly, Plaintiff is a citizen of Kansas.

9. Defendant Walmart Stores, Inc., is, and was at the time the State Court Petition was filed and the case removed to this Court, a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Arkansas.

Accordingly, Walmart Stores, Inc. is a citizen of Delaware and Arkansas for the purposes of determining this Court's subject matter jurisdiction. See 28 U.S.C. § 1332(c).

**B.**

**The Amount in Controversy Requirement is Satisfied**

10. The amount in controversy regarding Plaintiff's claims for damages exceeds $75,000. In her Petition/Complaint, Plaintiff alleges that she "sustained injuries", and seeks damages in excess of $75,000. (See Ex. A).

11. Accordingly, based upon information and belief, more than $75,000 is actually in controversy, and therefore the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met.

WHEREFORE, Defendant respectfully remove this action from the District Court of Bourbon County, Kansas, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, Walmart respectfully requests an opportunity to provide briefing and oral argument.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE,     L.L.C.

/s/ Marcos A. Barbosa
Marcos A. Barbosa           KS# 22015
Jonathan E. Benevides       KS# 24424
2400 Pershing Road, Suite 500
Kansas City, MO, 64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
E-mail: barbosa@bscr-law.com
            benevides@bscr-law.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was mailed, first class postage prepaid, this 14th day of November, 2014 to the following counsel of record:

Heather A. Lottman
Andrew C. Schendel
Castle Law Firm
811 Grand Blvd, Suite 101
Kansas City, MO 64106

ATTORNEYS FOR PLAINTIFF


                                            / s / Marcos A. Barbosa