IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA DUVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 14-2579-JAR |
| | ) |
| WALMART STORES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**O R D E R**

The Court has been advised by counsel that the parties have reached an agreement settling this case in its entirety.

The clerk shall administratively terminate this action without prejudice.   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties shall file a stipulation of dismissal signed by the parties, on or before **April 13, 2015**.   The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.   If no stipulation is received and the parties have not moved to reopen the case within the specified time, this order shall constitute the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated: March 11, 2015

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE