### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | | |
|---|---|---|
| AMANDA DUVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-02579 |
| | ) | |
| WALMART STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amanda Duvall and Defendant Walmart Stores, Inc., by and through counsel, hereby stipulate to the dismissal of the above captioned action, with prejudice. Each party shall bear their own costs and expenses incurred here.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/Marcos A. Barbosa_____
/s/ Jonathan E. Benevides_____
Marcos A. Barbosa          KS# 22015
Jonathan E. Benevides      KS# 24424
2400 Pershing Road, Suite 500
Kansas City, MO  64108
(816) 471-2121
Fax: (816) 472-0288
E-mail:  barbosa@bscr-law.com
E-mail:  benevides@bscr-law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide a copy electronically to:

Heather A. Lottman, Esq.
Andrew C. Schendel, Esq.
CASTLE LAW OFFICE OF KANSAS CITY
811 Grand Blvd, Suite 101
Kansas City, MO 64106
ATTORNEY FOR PLAINTIFFS


    / s / Marcos A. Barbosa